# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3523

_____

Johnnie Ray Hawthone,

      Appellant,

v.

Christine Turntine, Medical
Records, C.M.S., Jefferson County
Correctional Facility (originally sued
as C. Turntine); Solomon Mogbo, Dr.,
Jefferson County Correctional
Facility, Arkansas Department of
Correction (originally sued as Mogbo),

      Appellees.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the Eastern
\*  District of Arkansas.
\*
\*      **[UNPUBLISHED]**
\*
\*
\*
\*
\*
\*
\*

_____

Submitted:   March 18, 2003
Filed:   March 21, 2003

_____

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Johnnie Ray Hawthone (Hawthone) appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action for deliberate indifference to his medical needs. After de novo review of the record, see Dulany v. Carnahan, 132 F.3d 1234, 1237 (8th Cir. 1997), we conclude summary judgment was proper for the reasons stated by the district court. We also note that Hawthone had no constitutional or statutory right to effective assistance of counsel in this civil case. See Taylor v. Dickel, 293 F.3d 427, 431 (8th Cir. 2002); Glick v. Henderson, 855 F.2d 536, 541 (8th Cir. 1988).

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.